No. 9625. STATE OF MONTANA ex rel. E. C. CLARK, GRACE CLARK, EVAN OWENS and ZADA OWENS, RELATORS, *v.* DISTRICT COURT of the TENTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF FERGUS, and the HONORABLE W. R. FLACHSENHAR, Judge Presiding, RESPONDENTS.

289 Pac. (2d) 325.

Decided Nov. 10, 1955.

*Howard C. Gee,* Lewistown and *G. J. Jeffries,* Roundup, for Relators.

Per Curiam.

It is ordered that the writ be denied and that this proceeding be and it is dismissed.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANDERSON, DAVIS, and BOTTOMLY, concur.

MR. JUSTICE ANGSTMAN: I think the alternative writ should issue.